# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00188-CR

**Tommy Wayne Tuerck, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 27TH DISTRICT COURT OF BELL COUNTY,
### NO. 24DCR90445, THE HONORABLE DEBBIE GARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Tommy Wayne Tuerck seeks to appeal a judgment of conviction for possession of a controlled substance in an amount of four grams or more but less than 200 grams. *See* Tex. Health & Safety Code § 481.115(d). The trial court has certified that (1) this is a plea-bargain case for which Tuerck has no right of appeal and that (2) Tuerck has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Jurisdiction

Filed: April 11, 2025

Do Not Publish